UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
DARIUSZ NOWICKI on behalf of himself and on behalf of
all others similarly situated

                                      Plaintiff,        Docket No.:10-cv-4877
                                                                    (CBA)(JO)

              -against-

TOLL BROTHERS, INC., K.S. CONSTRUCTION CO.,
and KAZIMIERZ SZWADER

                                       Defendants.
-------------------------------------------------------------X

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ APR 2 5 2011 ★
BROOKLYN OFFICE

## STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE AS AGAINST TOLL BROTHERS, INC.

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff Dariusz Nowicki ("Plaintiff") and Defendant Toll Brothers, Inc. (collectively, "Toll Bros.") and their respective attorneys that Plaintiff's claims against Toll Bros. are discontinued with prejudice without any admission or finding of liability against Toll Bros. without costs or fees to either party.

[no more text on this page]

This stipulation and order of dismissal has no effect on Plaintiff's claims against Defendants K.S. Construction Co. or Kazimierz Swader.

Dated: New York, NY
January 25, 2011

ROBERT WISNIEWSKI P.C.

By: _____
Robert Wisniewski (RW-5308)
225 Broadway, Suite 1020
New York, NY 10007
Tel. (212) 267-2101
Counsel for Plaintiff

REED SMITH LLP

By: _____
David Weissman (DW-3708)
David Schleifstein (DS-3379)
599 Lexington Ave., 22nd Floor
New York, NY 10006
Tel. (212) 227-8150
Counsel for Toll Brothers, Inc.

SO ORDERED

s/CBA
_____
Hon. Carol B. Amon, USDJ

2/3/11