UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------x
DARIUSZ NOWICKI,

        Plaintiff,

- against -

KAZIMIERZ SZWADER, K.S. CONSTRUCTION CO.,

        Defendants.
------------------------------------------------------------x

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ AUG 18 2014 ★
BROOKLYN OFFICE

NOT FOR PUBLICATION
**MEMORANDUM & ORDER**
13-cv-03777-(CBA) (VMS)
10 cv 4877

AMON, Chief United States District Judge.

During the June 30, 2014 pretrial conference, the parties indicated that they believed it likely that this action would be settled in advance of trial, which is currently scheduled to begin September 8, 2014. The parties are hereby order to file, no later than August 22, 2014, a letter advising this Court of the status of settlement discussions.

SO ORDERED.

Dated: Brooklyn, New York
      August 15, 2014

                                    s/Carol Bagley Amon
                                    Carol Bagley Amon
                                    Chief United States District Judge