UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
DARIUSZ NOWICKI,
*on behalf of himself and on behalf of all*
*others similarly situated*,

                        Plaintiff,                      **ORDER**

   -against-                               10-cv-4877 (JMA)

TOLL BROTHERS, INC., *et al.*,

                        Defendants.
------------------------------------------------------------------X

**AZRACK, United States District Judge:**

The Court, having been advised that this matter has settled, dismisses this case subject to

reinstatement if the settlement is not consummated within 90 days. If the parties want the Court

to "SO ORDER" any stipulations of dismissal, they shall file such stipulations by July 2, 2015.

SO ORDERED.

Dated: March 31, 2015
Central Islip, New York

                                   /s/ (JMA)
                                JOAN M. AZRACK
                                UNITED STATES DISTRICT JUDGE